IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN LEWIS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of | : | |
| Social Security | : | NO. 14-6443 |

FILED
JUL 07 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW**, this 7th day of July, 2015, upon careful and independent consideration of the pleadings and the record herein, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart dated June 16, 2015, to which no objections have been filed, **IT IS HEREBY ORDERED** as follows:

1. The Report and Recommendation (Docket No. 13) is **APPROVED** and **ADOPTED**;

2. **JUDGMENT** is **ENTERED** in favor of Plaintiff, **REVERSING** the decision of the Commissioner of Social Security for the purposes of this remand only;

3. Plaintiff's request for review is **GRANTED**;

4. The case is **REMANDED** to the Acting Commissioner of the Social Security Administration in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's Report and Recommendation; and

5. The Clerk of Court is directed to mark this case closed.

BY THE COURT:

_/s/ John R. Padova_
John R. Padova, J.